UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF RHODE ISLAND (PROVIDENCE)

| | |
|---|---|
| In re: | Chapter 7 |
| Catherine M. Shemeligian | Case No.:  18-11811 |
| a/k/a Cathy Shemeligian | |
| a/k/a Kathy Shemeligian | |
| | |
| Debtor | |
| _____/ | |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## PURSUANT TO 11 U.S.C. SECTION 362

Deutsche Bank National Trust Company, as Trustee for RBSGC Mortgage Loan Trust, Mortgage Loan Pass-Through Certificates, Series 2007-B, a creditor in the above captioned Chapter 7 proceeding, moves this Court for an Order pursuant to 11 U.S.C. §362(d) for relief from the automatic stay of 11 U.S.C. §362(a) so that it may foreclosure a Mortgage which it holds on real property known and numbered as 385 Main Street, Pawtucket, RI 02860.

The basis of the within Motion are set forth in the Memorandum filed herewith which is incorporated herein by reference.

                                                                                    Deutsche Bank National Trust Company, as Trustee
                                                                                    for RBSGC Mortgage Loan Trust, Mortgage Loan
                                                                                    Pass-Through Certificates, Series 2007-B
                                                                                    By its attorneys,

Date:  December 18, 2018                     /s/ Joseph Dolben, Esq._____
                                                                                     Joseph Dolben, Esq., #7916
                                                                                   Marinosci Law Group, P.C.
                                                                                   275 West Natick Road, Suite 500
                                                                                  Warwick, RI 02886
                                                                                  Telephone: (401) 234-9200
                                                                                  jdolben@mlg-defaultlaw.com

Within fourteen (14) days after service, if served electronically, as evidenced by the certification and an additional three (3) days pursuant to Fed. R. Bankr. P. 9006(f) if you were served by mail or other excepted means specified, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Bankruptcy Court Clerk`s Office, 380 Westminster Mall, 6th Floor, Providence, RI 02903 (401) 626-3100.  If no objection or other response is timely filed within the time allowed herein, the paper will be deemed unopposed and will be granted unless:  (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise.

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF RHODE ISLAND (PROVIDENCE)

In re:                                                                                  Chapter 7
Catherine M. Shemeligian                                               Case No.:  18-11811
a/k/a Cathy Shemeligian
a/k/a Kathy Shemeligian

    Debtor
_____/

## CERTIFICATE OF SERVICE

    I, Joseph Dolben, Esq., of Marinosci Law Group, P.C., do hereby certify that on December 18, 2018 I served a copy of the Motion for Relief and all supporting documents on the attached service list by mailing a copy of same by first class mail, postage prepaid or other method specified on service list.

    Signed this 18th day of December, 2018

    /s/ Joseph Dolben, Esq._____
Joseph Dolben, Esq., #7916
Marinosci Law Group, P.C.
275 West Natick Road, Suite 500
Warwick, RI 02886
Telephone: (401) 234-9200

VIA ECF
John T. Longo, Esq., on behalf of Debtor
Gary L. Donahue, Esq., on behalf of the U.S. Trustee
Charles A. Pisaturo, Jr., Esq., on behalf of the Trustee
Valerie Smith, on behalf of PRA Receivables Management, LLC
Erika L. Vogel, Esq., on behalf of Deutsche Bank National Trust Company

VIA US MAIL
Catherine M. Shemeligian
385 Main St
Pawtucket, RI 02860-2911

City of Pawtucket – Tax Collector
137 Roosevelt Avenue
Pawtucket, RI 02860