Bk L3897 Pg145 #46
12-08-2015 a 10:29a

Recording Requested By:
WELLS FARGO BANK, N.A.

When Recorded Return To:

ASSIGNMENT TEAM
WELLS FARGO BANK, N.A.
MAC: N9289-016
PO BOX 1629
EAGAN, MN 55121-4400

## CORPORATE ASSIGNMENT OF MORTGAGE

Pawtucket City, Rhode Island
"SHEMELIGIAN"

Date of Assignment: November 24th, 2015
Assignor: WELLS FARGO BANK, N.A. at 1 HOME CAMPUS, DES MOINES, IA 50328
Assignee: DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR RBSGC MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2007-B at 1761 E. ST. ANDREWS PLACE, SANTA ANA, CA 92705

Executed By: CATHERINE SHEMELIGIAN, UNMARRIED To: WELLS FARGO BANK, N.A.
Date of Mortgage: 11/20/2006 Recorded: 11/27/2006 in Book/Reel/Liber: L2769 Page/Folio: 226 as Instrument No.: 168 In Pawtucket City, State of Rhode Island.

Property Address: 385 MAIN STREET, PAWTUCKET, RI 02860

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $144,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

WELLS FARGO BANK, N.A.
On _____ 1/27/15

By: _____
John Kealy
Vice President Loan Documentation

STATE OF Minnesota
COUNTY OF Dakota

On 11/27/15, before me, Jason Michael Nieling a Notary Public in the State of Minnesota, personally appeared John Kealy, Vice President Loan Documentation, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

Jason Michael Nieling
Notary Expires: 1/31/2020



JASON MICHAEL NIELING
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 1/31/2020

(This area for notarial seal)

PREPARED BY: WELLS FARGO BANK, N.A.

CITY OF PAWTUCKET

VN2*VN2WFEM*11/24/2015 10:20:34 AM* WFEM01WFEPAWT*RISTATE_MORT_ASSIGN_ASSN *BT4WFEM*